LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone:  (415) 982-5563

Attorneys for Plaintiff Darlene Peets

In the United States District Court

In and for the Eastern District of California

Sacramento Division

| | |
|---|---|
| DARLENE PEETS, | CASE NO. 2:11-CV-02267-LKK-CKD |
| Plaintiff, | |
| -v- | STIPULATED APPLICATION FOR CONTINUANCE OF INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE, AND OF FILING OF STATUS REPORT RELATED THERETO;ORDER |
| SAGAR, INC.; PAKSN, INC., | |
| Defendants. | |

Louis A. Highman declares as follows:

I am the lead attorney handling the case of plaintiff Darlene Peets referenced hereinabove.

On August 26, 2011, I was electronically mailed directly at my own e-mail, louis.highman@highman-ball.com, an e-mail from the Court entitled "Notice of Electronic Filing" indicating Document Number 5 had been filed, and stating "Docket Text:  CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 11/7/2011 at 02:30 PM in Courtroom 4 (LKK) before Judge Lawrence K. Karlton. (Becknal,

1

_____
Stipulated Application; Order—Case No.  2:11-CV-02267-LKK-CKD

R.)"  Attached to the Notice of Electronic Filing was a link to Document Number 5.  The Pacer attachment separated out, on the document selection menu, an Attachment 1 ("Consent Form"—2 pages) and an Attachment 2 ("VDRP Form"—2 pages) from the text of Document No. 5 (6 pages).  It looks like what happened inadvertently was Attachment 1 and Attachment 2 were printed out and viewed (along with the cover e-mail "Notice of Electronic Filing" (one page) by me but the six-page text of Document No. 5 on the Document Selection Menu was not printed out or viewed.  My office administrator/legal assistant, Kevin Mendez, sent out to the process server a copy of Attachment 1 ("Consent Form") and Attachment 2 ("VDRP Form") along with the summons and complaint to be served on the defendants, and after those documents were served, our office filed a proof of service as to those documents; but the 6-page Order (the text of Document 5), was not served, since I apparently inadvertently only printed out Attachment 1 and 2, and not the 6-page text of the actual order.  My office administrator/legal assistant put down on our calendar the November 7, 2011 Initial Scheduling Conference because it appears I also printed out and handed him the one page Notice of Electronic Filing (which had the date of the Initial Scheduling Conference printed on it), along with Attachment 1 and 2 (but not the six page text of Document 5, which went into detail on the Scheduling Conference, and explained the filing of a Status Report, etc.).  However, my office administrator/legal assistant did not put down anything about

2

_____

Stipulated Application; Order—Case No.  2:11-CV-02267-LKK-CKD

the preparation and filing of the status report because that was in the six page text of Document 5 which I apparently did not print out.

On or about Friday, October 28, 2011, I was out of town at a conference, and my office administrator mentioned to me in a telephone call that there was an initial scheduling conference scheduled in Darlene Peets' case on November 7, 2011. When I got back in to the office on Monday, October 31, I checked into it, and discovered the aforesaid problem—-that I had apparently printed out only Attachment 1 and 2 of the Notice of Electronic Filing (along with the cover sheet informing me in summary form there was an "Initial Scheduling Conference" on November 7, 2011 (but not going into the details of the status report, etc.)

I spoke today, October 31, 2011, to opposing defendants' counsel, Michael Lucey, who agreed to stipulate to continue the conference to December 5, 2011, and then have the status report due two weeks before the new scheduling conference date.

I apologize for the inconvenience to the Court. It was my fault for inadvertently not printing out the 6-page text of the order, and just printing out only Attachment 1 and 2 and the one-page Notice of Electronic Filing, which caused this problem.

During this time period, my 96-year old father (for whom I have been a primary care giver for many years-—he has lived with me) was hospitalized and was in the ICU several

3

times, and was very sick—-from on or about July 28, 2011 to on or about September 7, 2011.  It was a very stressful and distracting time for me, and it may have contributed to my inadvertence in this regard.  Also, on most of my federal cases, the notices are sent directly to my office administrator/legal assistant at the main firm e-mail address (attorneys@highman-ball.com), so he takes care of calendaring the matters directly.  The e-mails on this case are being sent to my direct e-mail address, louis.highman@highman-ball.com, and I believe this may have possibly added to the confusion of the situation, as well.

　　　　Having said all of the above, I ultimately take full responsibility for this inadvertent error, and apologize to the Court for any inconvenience I have caused.

　　　　I would respectfully request that based on all the aforesaid, the Court continue the initial scheduling conference date in the above-referenced case from November 7, 2011 to another date on a Monday or Tuesday no sooner than November 28, 2011, and that the status report filing date be continued to two weeks before the new scheduling conference date.  I spoke to Michael Lucey, attorney for defendants, on this matter, earlier today (October 31, 2011), and he agreed to stipulate to the aforesaid continuance, indicating his preferred new date for the conference would be December 5, 2011, if it is available.

　　　　I declare under penalty of perjury that the foregoing is true and correct, and was executed on October 31, 2011, at

4

San Francisco, California.

                                            /s/Louis A. Highman
                                            Louis A. Highman

    The parties, by and through their respective attorneys hereby stipulate and agree that the initial scheduling conference date in the above-referenced case be continued from November 7, 2011 to another date (preferably December 5, 2011, if it is available), and that the status report filing date in the above-referenced case be continued to two weeks before the proposed new initial scheduling conference date).

   DATED: October 31, 2011       LOUIS A. HIGHMAN
                                            BRUCE J. HIGHMAN
                                            HIGHMAN, HIGHMAN & BALL

                                            /s/Louis A. Highman
                                            Attorneys for Plaintiff
                                            DARLENE PEETS

   DATED: October 31, 2011       MICHAEL T. LUCEY
                                            STEPHANIE B. WERSEL
                                            GORDON & REES LLP

                                            /s/Michael T. Lucey
                                            Attorneys for Defendants
                                            SAGAR, INC. AND PAKSN, INC.

ORDER

    Good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulated Application for Continuance of Initial Status (Pretrial Scheduling) Conference be and is hereby granted, and that the Initial Status (Pretrial Scheduling) Conference be and is HEREBY ORDERED continued to December 5,

5

1  2011, at 3:00 p.m., and that the status reports are due
2  fourteen (14) days prior to the status conference.
3      DATED:   November 1, 2011

```
                      _____
                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT
```

_____

6

Stipulated Application; Order—Case No.  2:11-CV-02267-LKK-CKD