UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARLENE PEETS,

         Plaintiff,

   v.

SAGAR, INC., PAKSN, INC.,

         Defendants.

                                 /

NO. CIV. S-11-2267 LKK/CKD

O R D E R

A status conference was held in chambers on December 5, 2011. After hearing, the court orders as follows:

1. If no motion to compel arbitration or stipulation referring the matter to arbitration is filed, the matter will be set for trial.

2. A further status conference is set for January 23, 2012 at 3:30 p.m.  The parties shall file updated status reports fourteen (14) days prior to the conference.

IT IS SO ORDERED.

DATED: December 8, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT