1  MICHAEL T. LUCEY (CSB NO. 099927)
   STEPHANIE B. WERSEL (CSB NO. 253759)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   SAGAR, INC. AND PAKSN, INC.
6
   LOUIS A. HIGHMAN
7  Highman, Highman & Ball
   870 Market Street, Suite 467
8  San Francisco, CA 94102

9  Attorney for Plaintiff DARLENE PEETS

10
                    UNITED STATES DISTRICT COURT
11
                   EASTERN DISTRICT OF CALIFORNIA
12

13 | DARLENE PEETS,              ) CASE NO.  2:11-CV-02267-LKK-CKD
   |                             )
14 |                Plaintiff,   ) STIPULATION AND ORDER
   |                             ) STAYING CASE PENDING
15 |      vs.                    ) ARBITRATION
   |                             )
16 | SAGAR, INC., PAKSN, INC.,   )
   |                             )
17 |                Defendants.  )

18      Plaintiff Darlene Peets ("Plaintiff") and Defendants Sagar, Inc. ("Sagar") and Paksn, Inc.

19 hereby stipulate to the following:

20      WHEREAS Sagar contends that Peets entered into a written agreement providing for

21 final and binding mandatory arbitration of all employment-related disputes, including the dispute

22 addressed in this action;

23      WHEREAS Peets disputes the validity and enforceability of the arbitration agreement;

24      WHEREAS the above-referenced parties have worked out a resolution of the dispute, the

25 identity of the arbitrator, and the procedures on how the arbitration will be conducted, and

26 HEREBY STIPULATE  as follows;

27      IT IS HEREBY STIPULATED by and between the parties, through their attorneys of

28 record, that the instant action be stayed and that the matter referred to binding arbitration.  The

-1-
STIPULATION AND ORDER STAYING CASE PENDING ARBITRATION

parties will advise the court upon the conclusion of that process regarding the result of the arbitration.

Dated:  December 28, 2011				GORDON & REES LLP


						By:	/s/ Stephanie Wersel
							Michael T. Lucey
							Stephanie B. Wersel
							Attorneys for DEFENDANTS SAGAR, INC. and PAKSN, INC.


Dated:  December 28, 2011				HIGHMAN, HIGHMAN & BALL


						By:	/s/ Louis A. Highman
							Louis A. Highman
							Attorneys for PLAINTIFF DARLENE PEETS


ORDER

   Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that this action is stayed pending completion of binding arbitration.  The status conference set for January 23, 2012 is vacated.


Dated:  January 18, 2012.



_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT