MICHAEL T. LUCEY (CSB NO. 099927)
STEPHANIE B. WERSEL (CSB NO. 253759)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
SAGAR, INC. AND PAKSN, INC.

LOUIS A. HIGHMAN
Highman, Highman & Ball
870 Market Street, Suite 467
San Francisco, CA 94102

Attorney for Plaintiff DARLENE PEETS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE PEETS, | CASE NO.  2:11-CV-02267-LKK-CKD |
| Plaintiff, | STIPULATION AND ORDER STAYING CASE PENDING ARBITRATION |
| vs. | |
| SAGAR, INC., PAKSN, INC., | |
| Defendants. | |

Plaintiff Darlene Peets ("Plaintiff") and Defendants Sagar, Inc. ("Sagar") and Paksn, Inc. hereby stipulate to the following:

WHEREAS Sagar contends that Peets entered into a written agreement providing for final and binding mandatory arbitration of all employment-related disputes, including the dispute addressed in this action;

WHEREAS Peets disputes the validity and enforceability of the arbitration agreement;

WHEREAS the above-referenced parties have worked out a resolution of the dispute, the identity of the arbitrator, and the procedures on how the arbitration will be conducted, and HEREBY STIPULATE  as follows;

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the instant action be stayed and that the matter referred to binding arbitration.  The

-1-
STIPULATION AND ORDER STAYING CASE PENDING ARBITRATION

parties will advise the court upon the conclusion of that process regarding the result of the arbitration.

Dated: December 28, 2011                             GORDON & REES LLP

                                                  By:   /s/ Stephanie Wersel
                                                         Michael T. Lucey
                                                         Stephanie B. Wersel
                                                         Attorneys for DEFENDANTS SAGAR, INC. and PAKSN, INC.

Dated: December 28, 2011                             HIGHMAN, HIGHMAN & BALL

                                                  By:   /s/ Louis A. Highman
                                                          Louis A. Highman
                                                         Attorneys for PLAINTIFF DARLENE PEETS

## ORDER

Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that this action is stayed pending completion of binding arbitration. The status conference set for January 23, 2012 is vacated.

Dated: January 18, 2012.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT