```
LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone:  (415) 982-5563

Attorneys for Plaintiff Darlene Peets
```

In the United States District Court

In and for the Eastern District of California

Sacramento Division

| | |
|---|---|
| DARLENE PEETS, | No. 2:11-CV-02267-LKK-CKD |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER |
| -v- | [F.R.Civ.P. Rule 41[a][1]) |
| SAGAR INC., PAKSN INC., | |
| Defendants. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), Plaintiff Darlene Peets and defendants Sagar Inc. and Paksn Inc., by and through their respective attorneys, do hereby Stipulate to dismiss the above-entitled action in its entirety with prejudice.  None of the parties will seek a court award for attorneys' fees and costs.

1

Stip. to Dismiss, Case No. 2:11-CV-02267-LKK-CKD

SO STIPULATED:

DATED:  November 26, 2012.         LOUIS A. HIGHMAN
                                   BRUCE J. HIGHMAN
                                   HIGHMAN, HIGHMAN & BALL


                                   By_/s/Louis A. Highman____
                                     Attorneys for Plaintiff
                                     DARLENE PEETS


DATED:  November 26, 2012.         MICHAEL D. BRUNO
                                   STEPHANIE B. WERSEL
                                   GORDON & REES LLP


                                   By_/s/Stephanie Wersel____
                                     Attorneys for Defendants
                                     Sagar Inc. and Paksn, Inc.


                              ORDER

   Good cause appearing therefor, IT IS SO ORDERED.

 DATED:  December 3, 2012.




                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

2
_____
 Stip. to Dismiss, Case No. 2:11-CV-02267-LKK-CKD